Fred Hickman  (#124406)
  fhickman@afrct.com
Lynette Gridiron Winston (#151003)
  lwinston@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
  CAMPBELL & TRYTTEN LLP
199 S. Los Robles Avenue, Suite 600
Pasadena, California  91101-2459
Tel: (626) 535-1900, Fax: (626) 577-7764

Attorneys for Defendants,
WELLS FARGO BANK, N.A.
Including its internal division
WELLS FARGO HOME MORTGAGE
(erroneously sued as a separate entity)
and TRACY LEE CLARK, an individual

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISSA MARIE PHILLIPS (TREMAIN),<br><br>              Plaintiff,<br>    vs.<br><br>WELLS FARGO HOME MORTGAGE;<br>WELLS FARGO BANK, N.A.; TRACY LEE<br>CLARK; and DOES 1-20, inclusive,<br><br>              Defendants. | CASE NO.:  2:09-CV-02363 MCE KJM<br><br>[Hon. Morrison C. England, District Judge].<br><br>ORDER ON<br>STIPULATION FOR VOLUNTARY<br>AMENDMENT OF COMPLAINT AND<br>EXTENDED DEADLINE TO RESPOND<br>TO COMPLAINT IF AMENDMENT IS<br>NOT FORTHCOMING<br><br>[L.R. 6-144]. |

    Pursuant to stipulation of counsel, and for good cause appearing, Plaintiff may file a First

Amended Complaint by December 30, 2009.  If she does not file a voluntary First Amended

Complaint, then Defendants deadline to respond to the original complaint shall be extended to

January 14, 2009.  If Plaintiff files the First Amended Complaint, Defendants shall respond as permitted by Federal Rules of Civil Procedure and local rules.

    IT IS SO ORDERED.

Dated: November 18, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE